388 P.3d 55

STATE of Hawai'i, plaintiff-Appellee,

v.

Anthony Michael MIYOSE,
Defendant-Appellant

NO. CAAP-14-0001163

Intermediate Court of Appeals of Hawai'i.

November 21, 2016

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CRIMINAL
NO. 13-1-1035)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 55

Bernard Delray SPRAY,
Petitioner-Appellee,

v.

Terry L. STEPHENS, Respondent-
Appellant

NO. CAAP-15-0000668

Intermediate Court of Appeals of Hawai'i.

November 21, 2016

APPEAL FROM THE DISTRICT
COURT OF THE THIRD CIRCUIT (CIV-
IL NO. 3SS15-1-000140)

SUMMARY DISPOSITION ORDER

Affirmed.

388 P.3d 55

Elizabeth-Ann K. MOTOYAMA,
Plaintiff-Appellant,

v.

STATE of Hawai'i, Department of Trans-
portation; Glenn Okimoto, in his Offi-
cial Capacity; Brennon Morioka, Indi-
vidually and in his Official Capacity;
Francis Keeno, Individually and in his
Official Capacity; Rey Domingo, Individ-
ually and in his Official Capacity; and
Jane Does 1-10; John Does 1-10, Defen-
dants-Appellees

NO. CAAP-13-0000168

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 22, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 11-
1-1669-08 ECN)

SUMMARY DISPOSITION ORDER

Affirmed.